# Kendus Law LLC
Your Legal Compass

Michele R. Kendus
300 East Lombard Street, Suite 840
Baltimore, Maryland 21202

michele@kendus-law.com
Ph: 443-690-1922     Fax: 888-501-4522



June 21, 2022

By CM/ECF
The Honorable Paul W. Grimm
United States District Judge
U.S. District Court for The District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**Re:**   **Laurie Sears Deppa v. Six Flags America LP**
Case No.: 8:21-cv-02713-PWG
Plaintiff's Request for Default Judgment

Dear Judge Grimm:

Pursuant to the Court's October 21, 2021 Letter order Regarding The Filing Of Motions, Plaintiff hereby submits her intent to file a Motion to request Default Judgment against Defendant for its failure to file a Responsive Pleading following its October 21, 2021 Notice of Removal to this Court, which removed the matter from the Circuit Court for Prince George's County, Maryland prior before Defendant had filed an Answer to Plaintiff's Complaint. As grounds for her intended Motion for Default Judgment, Plaintiff submits the following chronology of pleadings, and the governing Federal Rules:

Plaintiff filed her Complaint in the Circuit Court for Prince George's County, Maryland on August 4, 2021. *See* ECF Doc. #1-5.

In response, Defendant Six Flags America LP filed its Notice of Removal to this Court on October 21, 2021. *See* ECF Doc. #1. At the time of Removal, Defendant had not filed an Answer or any other pleading in response to Plaintiff's Complaint in State Court.

On December 3, 2021, Defendant filed the remaining papers that had been filed with the Prince George's County Circuit Court but not attached as an exhibit to its Notice of Removal and, still, no Answer to the Complaint was filed in either this Federal Court or the State Court. *See* ECF Doc. #7.

Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, a defendant who did not answer before removal must answer or present other defenses or objections within 21 days after receiving the initial pleading OR 7 days after the Notice of Removal is filed, whichever is later.

Plaintiff requests, therefore, that this Court enter a default judgment against Defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and further requests a hearing to determine the appropriate equitable relief and award of attorney's fees permissible under Count I of her Complaint for Violation of the Americans with Disabilities Act-Title III. *See* ECF Doc. # 7, Pl.'s Compl. at ¶¶ 14-18.

Upon any such default judgment that is entered upon the claim arising under the Federal law over which this Court holds original jurisdiction, Plaintiff requests this Court sever Plaintiff's local and state law claims brought under Count II of her complaint, for violation of Maryland Code, State Government, § 20-304 and Prince George's County Code § 2-220, and remand those claims to the Circuit Court for Prince George's County pursuant to 28 U.S.C. § 1441 (c)(2).

Plaintiff was uncertain if her intended Motion for Default Order met the criteria for a "substantive motion" that requires the foregoing letter requesting permission to file. As such, Plaintiff respectfully requests Your Honor either issue an order directing plaintiff to file a formal motion or, if appropriate, to treat this letter as a formal request / motion, and to enter an Order of Default Judgment against Defendant.

Respectfully,

_____
Michele R. Kendus (Fed. Bar #26586)
Kendus Law LLC
300 East Lombard Street
Suite 840
Baltimore, Maryland 21202
michele@kendus-law.com
Tel.: (443) 690-1922; Fax: (410) 244-5810
**Attorney for Plaintiff**